**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Adolfo GALVEZ–PEREZ,**
**Defendant–Appellant.**

**No. 14–40923**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 22, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

Adolfo Galvez–Perez pleaded guilty to being found unlawfully present in the United States following removal. He was

---

sentenced below the recommended Sentencing Guidelines range to 30 months of imprisonment. The parties agree that the judgment of conviction improperly reflects that he was convicted and sentenced under 8 U.S.C. § 1326(b)(2). *See United States v. Mondragon–Santiago,* 564 F.3d 357, 368 (5th Cir.2009). Because Galvez–Perez's offense was a § 1326(b)(1) violation rather than a § 1326(b)(2) violation, we RE-MAND for the limited purpose of reforming the judgment to reflect the proper statute of conviction. *See* 28 U.S.C. § 2106. In all other respects, the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.